IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCHUYLKILL TOWNSHIP,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITYSWITCH, LLC,** *et al.*, | : | No. 08-5681 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **13th** day of **July**, **2009**, upon consideration of Plaintiff's Second Motion to Remand and Defendants' response thereto, and for the reasons discussed in this Court's memorandum dated July 13, 2009, it is hereby **ORDERED** that:

1. The motion (Document No. 15) is **GRANTED**.

2. This case is **REMANDED** to the Chester County Court of Common Pleas.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**